Case Name:  PRIEBE, CHARLES L.
            PRIEBE, PAMELA J.
Case No:    08-70523

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 9/11/08                            WILLIAM T. NEARY
                                          United States Trustee, Region 11


                               BY:   */s/ Carole J. Ryczek*
                                     CAROLE J. RYCZEK
                                     Attorney for the U.S. Trustee