IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
PRIEBE, CHARLES L.
PRIEBE, PAMELA J.

CHAPTER 7 -- Liquidation

CASE NO. 08-70523 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-5994

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL  61101

    on:   **OCTOBER 6, 2008**
    at:   **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 125.04 |
| BERNARD J. NATALE, LTD. *** SEE NOTE<br>Trustee's Firm Legal | $ | 0.00 | 5,087.50 |
| BERNARD J. NATALE *** SEE NOTE<br>Trustee | $ | 0.00 | 5,468.04 |

4. The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 155,860.87 |
| b. Disbursements | $ | 144,566.70 |
| c. Net Cash Available for Distribution | $ | 11,294.17 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $6,192.74. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $41,887.73, resulting in an approximate distribution of 0.00% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: September 4, 2008          For the Court,

                                 By:/s/ BERNARD J NATALE

                                 Trustee

\*\*\* THE TRUSTEE HAS VOLUNTARILY TAKEN A REDUCTION IN HIS COMPENSATION FOR THIS CASE.

\*\*\* THE ATTORNEY HAS VOLUNTARILY TAKEN A REDUCTION OF HIS FEES IN THIS CASE.

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3          User: cshabez              Page 1 of 2            Date Rcvd: Sep 15, 2008
Case: 08-70523                Form ID: pdf002            Total Served: 46


The following entities were served by first class mail on Sep 17, 2008.
db           +Charles L. Priebe,    412 Redman Way SW,    Poplar Grove, IL 61065-8964
jdb          +Pamela J. Priebe,    412 Redman Way SW,    Poplar Grove, IL 61065-8964
aty          +Linda Godfrey,    475 Executive Parkway,    Rockford, IL 61107-6629
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
11981556     +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-6629
11981557     +Aarow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
11981558      Academy Collection Service Inc,    P.O. Box 16119,    Philadelphia, PA 19114-0119
11981559      Associated Recovery Systems,    P.O. Box 469046,    Escondido, CA 92046-9046
11981560     +Beneficial/household Finance,    Po Box 1547,    Chesapeake, VA 23327-1547
11981561     +Blatt, Hasenmiller, Leibsker & Moore LLC,    211 Landmark Drive, Suite E5,    Normal, IL 61761-6165
11981562     +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11981563     +Capital Management Services, Lp,    726 Exchange Street - Suite 700,    Buffalo, NY 14210-1464
11981564      Capital Recovery Service, LLC,    P.O. Box 11537,    Jacksonville, FL 32239-1537
11981565     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11981566     +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11981567     +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
11981568     +Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
11981569     +Codilis & Associates, P.C.,    15W030 North Frontage Road Suite 100,    Burr Ridge, IL 60527-6921
11981570     +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
11981571     +Creditors Protection S,    202 W State St Ste 300,    Rockford, IL 61101-1163
11981572     +Culligan Of Belvidere,    1217 Logan Ave.,    Belvidere, IL 61008-4001
12172378     +Easton Enterprises LLC,    dba Culligan of Belvidere,    1217 Logan,    Belvidere, IL 61008-4001
12445509     +FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11981573    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department Of The Treasury,    Centralized Insolvency Operation,
               P.O. Box 21126,    Philadephia, PA 19114)
11981575     +Illinois Title Loans, Inc.,    4950 North 2nd Street,    Loves Park, IL 61111-5807
11981576      Monogram Bank N America,    4060 Ogletown/stan De5-019-03-07,    Newark, DE 19713
11981577      National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
11981578     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11981579      OSI COLLECTION SERVICES, INC.,    P.O. Box 919,    Brookfield, WI 53008-0919
11981554     +Priebe Charles L,    412 Redman Way SW,    Poplar Grove, IL 61065-8964
11981555     +Priebe Pamela J,    412 Redman Way SW,    Poplar Grove, IL 61065-8964
11981580      Professional Recovery Services,    P.O. Box 1880,    Voorhees, NJ 08043-7880
11981581     +Robert J. Murphy, Attorney Law Law,    Suite 3 EDSB Building,    3999 Pennsylvania Ave.,
               Dubuque, IA 52002-2273
11981583     +SILVESTRI LAW OFFICE,    2208 Charles Street,    Rockford, IL 61104-1549
11981582     +Shell Oil/citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
11981584      Superior Asset, Inc.,    P.O. Box 468089,    Atlanta, GA 31146-8089
11981585      Tiburon Financial, L.L.C.,    P.O. Box 770,    Boystown, NE 68010-0770
11981586     +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
11981587     +Van Ru International,    1350 E. Touhy Ave. Suite 300E,    Des Plaines, IL 60018-3342
11981588     +Wffinancial,    4920 E State St,    Rockford, IL 61108-2272
12420283      eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Sep 16, 2008.
12229955     +E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2008 04:49:02     Capital Recovery One,
               %Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
               attn: Ramesh Singh
11981574      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2008 04:50:05     Discover Fin,    Pob 15316,
               Wilmington, DE 19850
12202468      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 16 2008 04:50:05     Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12206480      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12246728     +E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2008 04:49:02     Recovery Management Systems Corporation,    For Capital Recovery One,
               As Assignee of Household Metris,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Sep 15, 2008
Case: 08-70523                Form ID: pdf002         Total Served: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2008**                    **Signature:**     _Joseph Speetjens_