## JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2008 through October 31, 2008
Primary Account: **000312187525765**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273

00016510 DBI 802 24 30808 - NNNNN  1 000000000 60 0000

08-70523 PRIEBE CHARLES L
PRIEBE PAMELA J DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| **Checking** | | |
| Bankruptcy Business Checking 000312187525766 | 0.00 | 0.00 |
| Total | $0.00 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market 000312187525765 | $11,296.54 | $0.00 |
| Total | $11,296.54 | $0.00 |
| **TOTAL ASSETS** | **$11,296.54** | **$0.00** |

**All Summary Balances** shown are as of October 31, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



EXHIBIT C    Page 1 of 5